JS - 6/ENTER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

ARVIND DAYA,

    Petitioner,

v.

RAUL OCHOA, Warden,

    Respondent.

Case No. CV 10-3319-AHM (MLG)

JUDGMENT

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: November 3, 2011

_____
A. Howard Matz
United States District Judge